Court of Criminal Appeals of Texas.
Jan. 24, 1951.

## LUGO v. STATE.
### No. 25092.

Court of Criminal Appeals of Texas.
Jan. 17, 1951.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellant was convicted for the offense of driving an automobile upon a public street within the City of Austin while under the influence of intoxicating liquor. A jury being waived, the court assessed his punishment at a fine of $50.